**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING AND EN BANC RECONSIDERATION

Appellate case name:    Richard Stephen Calkins v. Carolyn Calkins James and Maurice
                        Bresenhan, Jr., Administrator of the Estate of Mary Olive Hull
                        Calkins, deceased

Appellate case number:  01-19-00703-CV

Trial court case number: 441165

Trial court:            Probate Court No. 2 of Harris County

Appellant, Richard Stephen Calkins, has filed a motion for rehearing and en banc reconsideration. The panel has voted to deny appellant's motion for rehearing. The en banc court has voted to deny appellant's motion for en banc reconsideration. Accordingly, it is ordered that appellant's motion for rehearing and en banc reconsideration is **denied**.

Panel consists of Justices Keyes, Lloyd, and Landau.

En banc court consists of Chief Justice Radack and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, and Adams. Justice Countiss not sitting

Judge's signature:    _____/s/ Sarah B. Landau_____
                            Acting for the En Banc Court


Date: December 17, 2020